FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 03 2012 ★
BROOKLYN OFFICE

Complaint,
Jury Trial
GARAUFIS, J.
CV12-0056
NYCPD, BLOOM, M.J.

United States District Court.
Eastern District of New York

Carlos. A. Antonetti (Plaintiff)

against.

John Doe (Detective), 104 police pct. police Commissioner Raymond W Kelly, Mayor Michael R. Bloomberg. (Defendants)

I. Parties.

Plaintiff - Carlos. A. Antonetti, resides at 263 Stockholm Street. Brooklyn New York 11237 Apt #2R (Mailing address) is 237 Irving Avenue. Brooklyn New York 11237 Apt #2R.

Defendant - John. Doe (Detective 104 police precint Ridgewood Queens New York. 11385. 64-2 Catalpa Avenue.) Detective Squad (718)386-2735. Resides at unknown. New York city Police Department. and 104 pct.

Defendant - Raymond W Kelly (Police commissioner) Resides at unknown (one police Plaza New York New York 10038) 212-374-5000

Defendant - Mayor of New York city Michael R. Bloomberg. resides at City hall New York New York 10007

II. The Jurisdiction of the Court is invoked pursuant to Bill of rights of the United States which prohibits the federal government from imposing excessive bail, excessive fines or <u>cruel and unusual punishments</u>. The U.S. Supreme Court has Ruled that this amendment's <u>Cruel and Unusual Punishment Clause applies to the States</u> U.S.C. § 1998. Carlos Antonetti. V NYCPD, John Does, 83rd Pct. NYC Mayor, NYC Police Commissioner.

III. Statement of Claim.

On the day of October 7th 2011 a police report was made against me. by this female I was with in the 104 pct. in Ridgewood Glendale Queens New York because of her anger towards me I was charged with assault in the 3° degree misdemeanor, I was never contacted by the arresting detective at all he stood only in contact with the female I was with Cynthia Marie Warren. Which I got to see again after not seeing her or being around her

For like just about 2 wks. before the 10th of October which was when I seen her and she was with me for two days. until the 12th of October the report was already made and she told me on the 10th of October. She told me they would be contacting me or I would have to go over to the precint but that charges. was going to be dropped that she was going to go with me to the precint and sign some papers so I can be let go and charges dropped. On the 13th of October following day I was experiencing personal and emotional pain cause I just lost my pup (dog) that day and thats when I actually talked to a detective halloway if I am saying it correctly he was the arresting officer and I wanted to morn my lost first he told me to come in on the October 14th 2011 by 4:30PM and that I will be let go in 3 hours or so. I wanted to go on the Monday coming on the 17th but he said to come in that he didn't

(4)

want to pick me up but he was talking to me at first like I wasn't going to be arrested but then his tone change like he was going too. I went with Cynthia Warren to the precinct on October 14th 2011 and showed up at 4:30pm exactly. I wasn't cuffed or resisted or fought only complained about the way I felt my moms just prior month to that was in the hospital because she had caught a stroke months before and got complications so I had her in my head and my pup and what I was about to go threw for nothing. I suffer from anxiety and asthma as well as my disibilities which are my neck and back problems constant pain. I am explaining all this to the Detective that was interviewing me which Halloway gave the case to because he was going home. When I started hyperventerlating and feeling anxiety and gasping for air I started crying at the same time because I was going to go threw the system for nothing. I told the officer detective I was going to call my

③

mother to let her know whats going on and my brother to pick up my things because I am about to go threw the system anyways when he said I was 343. I was still going to the D.A.s in Queens Criminal Court house building and be released from there the pain and hurt and thought of how my moms was doing my dog being gone and me being there going threw all that made me even more sick while I was about to make the phone call I am in a room in the back of second floor office for detetive Squad about 6 Detetives there no one came down to cuff me or get me at all I was sent up. So just about to call my mother after talking to Detective Rolbelous if I am saying it correctly I have my cell phone and back pack with papers inside. I am crying catching asthma attack hyperventalating feeling anxiety like crazy and out of no where comes this detective murray if I am correct but not about the spelling

④

because I heard him say his name a few times answering the phones. So he comes out of no where calling me a pussy and that its a MIS stop being a baby you fucken pussy was his exact words you be out tomorrow he said I told him back that he doesNT KNOW what the hell is going on for him to interfear and it aint even his case he came stomning inside and snatched the phone and my bag that he pulled me along with the bag upward so when I got up there was like a two bunk bed there, a camera on top and a steel table, two chairs. He grabs me throws me on the table and proceeds to smash and bang my head against the steel table the right side of my face from temple to cheek area at this point he is using excessive force to restrain me when there is NO Need because I am not resisting. They all came running into the room when I was there already for a hour in a half not cuffed or told I arrested. I was screaming for my life scared I was

(5)

catching a asthma attack I couldn't breath after him smashing my head 3 times on the table then laying on the table with him on top of Me knee pressured against my back hard I am pleading for my life telling him I am not able to breath please please please you hurting ME. He takes his knee off and puts pressure on the arms but my left one the most which another detective assisted but step back with the others when they seen I couldn't breath my arm was banged against the Edge towards end of table by him my left arm towards the elbow area. I was later on tooken by him and Robelous to central booking to be Released from there because I was 343 and I was given at the bookings when Released a paper stating that charges where dropped sealed and prosecutor wasn't going to prosecute the case on proceed in any way or action But this Detective that hurt Me signed my property form

(6)

Slip so I believe from the slip his badge number 13 1896. I stated his name as John Doe because I wasn't sure or possitive of his name and badge number. I made a complaint to CCRB which I also provided them with pictures and hospital and doctor's records. While all this was going on in the Pct. Cynthia Warren was in the office until the minute he threw me on the table and they all came rushing towards back room, after that they told her to wait downstairs where my brother was, but wasn't allowed upstairs either. Because there intention was to book me and his (Murray) was to hurt ME with excessive force when am disabled and have asthma and anxiety attacks. District Attorney Queens County, 125-01 Queens Boulevard Kew gardens, New York 1415-1568 (118-286-6000) Jacqueline Heitmann disussed my case prior to criminal court arraignment. A Sealing order been filed by her office to DCJS AND NYPD.

(9)

I feel that this court has full jurisdiction for this claim under bill of Rights Eighth Amendment Statute In which my civil Rights was violated as well as me by the City of New York Police Department. 104 Pct. and this Detective Murray (John Doe) and his Employers. Michael Bloomberg, and Raymond Kelly, they are also held liable by this officers actions and Extreme excessive force used on Mr Carlos. Antonetti. Its like Not fully recovering from the first time and now another rememberance. I hope this court can help me with this matter. (I substained Injuries to my Elbow area Left side arm Shoulders and right side of my face and head Pictures where tooken).

Sincerely
Carlos Antonetti

12-29-11

⑧

A complaint was filed on Oct 15th 2011 to 311 which was forwarded to Internal Affairs. Against NYCPD in a whole. I also filed a complaint with CCRB on Oct 15th 2011. I also went to the Emergency Room at Wyckoff Heights Medical Center (hospital) Also on Oct 15th Since I was released from the Bookings in Queens at 1:30AM Oct 15th 2011 and was tooken to court house around 9:00PM Oct 14th 2011. The Incident occurred at around 6:00PM. I had went to the precint 104pct. on my own at 4:30PM Oct 14th 2011. I have pictures which was tooken and also sent to CCRB which were taking on Oct 15th 2011.

x Carlos Antonetti.

12-29-11

## IV Remedy.

John Doe (Detective Murray) 104 Pct.
NYCPD Ridgewood Glendale Newyork.
$350,000 (mental and Physical Anguish and Suffering.
Mayor Michael R. Bloomberg NYC.
Newyork Newyork.
$100,000 (mental Anguish and Suffering).
Police Commissioner NYCPD. Raymond
W. Kelly. New york, Newyork
$100,000 (mental anguish and Suffering).

Total $550,000

X  Carlos Antonetti.

Date
12.29.11        Tel- 1-347-772-9693

District Attorney, Queens County
125-01 Queens Boulevard
Kew Gardens, New York 1415-1568
(718) 286-6000



RICHARD A. BROWN
DISTRICT ATTORNEY

October 14, 2011

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 03 2012 ★
**BROOKLYN OFFICE**

CARLOS A ANTONETTI

Dear Mr. Antonetti

Please be advised that a review of the records of the Queens County District Attorney's Office indicates that your arrest under arrest number: Q11658911, arrest date: 10/14/2011, was dismissed by this Office prior to Criminal Court arraignment.

This serves as a final disposition of this arrest number.

A sealing order has been or will be filed by this Office with the Division of Criminal Justice Services (DCJS) and the New York City Police Department.

You should contact DCJS to confirm that this record has been sealed by contacting:

    The New York State Division of Criminal Justice Services
    4 Tower Place
    Albany, New York 12203
    Attention: Sealing Unit

Very truly yours,

HEITMANN, JACQUELINE

CIVILIAN COMPLAINT REVIEW BOARD
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

October 28, 2011

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 03 2012 ★
**BROOKLYN OFFICE**

Mr. Carlos Antonetti
237 Irving Avenue Apt. 2R
Brooklyn, NY 11237

Re: CCRB case number 201113455

Dear Mr. Antonetti:

I am the investigator assigned to the above-referenced complaint, which was filed with the Civilian Complaint Review Board. The CCRB, which is staffed entirely by civilians, is a city agency independent of the New York City Police Department. I am currently investigating an allegation that members of the New York City Police Department engaged in misconduct onOctober 14, 2011, at 104th Precinct stationhouse in Queens, at 6:01PM.

I have previously tried to get in touch with you by phone and mail and have not heard from you. In order to investigate this complaint, I need to speak with you as soon as possible. If I do not hear from you, the CCRB may have to close this case without conducting a full and thorough investigation. Please call me immediately at (212) 442-2137. If I am not in my office when you call, please leave a telephone number and a time at which you can be reached.

Thank you very much for your cooperation.

Sincerely,

Peter Hoy
Investigator

Misc. 917-N (Rev. 06-08)

# CENTRAL BOOKING
## PRISONER'S PROPERTY FORM

DATE: 10/14/11

PRISONER'S NAME: Antouett

ARREST #: Q11655911

PCT: 104

FUNDS COUNTED AND RETURNED (include total value of coins). $ 30—

THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON RELEASE ON D.A.T.

**PROPERTY - DESCRIBE**

☐ SHOE LACES ☐ HAIR PICK/COMB ☐ PEN ☐ LIGHTER ☐ HANDBAG ☐ BELTS ☐ KEY

☐ OTHER (DESCRIBE) _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 03 2012 ★
BROOKLYN OFFICE

(Signature - Arresting Officer) _____   (Shield) 7840   (Command) 104

(Signature - Prisoner) _____

(Member searching if other than A.O.) _____   (Reviewing Officer) _____

**NOTE:** If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".
Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package