

RECEIVED FEB - 4 2013 PRO SE OFFICE

United States District Court
Eastern District Of New York

Amended Complaint
Jury Trial Demanded

Carlos .A. Antonetti (Plaintiff)
Against -
The City Of New York, Detective James Murray, 104Pct.
Detective Eric Virbalis. (Defendants)

12-CV-56 (NGG) (LB)

1. Parties
Plaintiff- Carlos. A. Antonetti., Resides at 263 Stockholm Street. Brooklyn New York 11237 Apt#2R. (Mailing Address) is 237 Irving Avenue, Brooklyn New York 11237 Apt#2R
Defendants- The City Of New York, Office Of The Comptroller. 1 Centre Street. New York, N.Y. 10007-2341.
Detective James Murray Badge# 00584 Service Address is 104 Police Pct. Station House 64-2 Catalpa Avenue, Ridgewood Queens New York 11385. In The County Of Queens.
Detective Eric Virbalis Badge# 7896. Service Address is Queens Detective Borough, 68-40 Austin Street, Forest Hills, Queens 11375. In The County Of Queens.

2. The Jurisdiction of the this court is invoked pursuant to bill of rights of the United States Of America which prohibit's the federal government from cruel and unusual punishment clause applies to Title 42 U.S.C. Section 1983 Chapter 21 Deprivation Of rights. As well as Title 28 U.S.C. Section 2680 1346(b) False Arrest And False Imprisonment. The Court Has Jurisdiction For this Complaint under the bill of rights Eighth Amendmant Statute As Well In which my Civil Rights was violated as well as myself By these two Detectives from Queens County Queens New York City Police Department 104 Police Pct., And The City of New York Which is also Liable As Well As these
Detectives.

3. Statement Of
Claim
On the date of October 7th 2011 a false police report was made against me by a female I was with at the time name Cynthia. M. Warren. Place of report made 104 Police Pct. New York City Police Department Located in the county of Queens New York. I was never contacted by any police Officer Or Detective. I had spoke to them and was made aware of this report being made after three days later my ex girl friend but girlfriend at the time Ms. Cynthia. M. Warren Came to my house after filing the report three days prior and tells me about it Because she was upset of some pictures on Facebook on a old female friend of mines page of my Rabbit I had bought for her And My Puppy Rubie Who Had Past away the day before the incident with the police detectives of 104 Pct. Murray And Virbalis. I Spoke To A Detective Hulaghan on October 10th 2011 on her phone (Cynthia Warren) while she was with me in my house and explained to me what she had did out of anger towards me then said she regretted it and was informing the

detectives she didn't want to pursue with the report she made or had want me to get arrested because it was all a story made up by her to get back at me as she claimed but she didn't think I would actually get arrested for it. At that moment right there both the detectives Hulaghan And Virbalis and Queens District Attorneys Office Knew she was Lying. Detective Hulaghan was asigned my case and was suppose to be the arresting detective but he was leaving for the day he didn't want to do my paper work so he gave it to whom I suppose at the time and moment was his partner Detective Eric Virbalis. Detective Murray had nothing at all or what so ever to do with me and my case but involved himself in the wrong and worst way his involvement caused the assault incident that occurred that day and the injuries. I had explained too also to Detective Hulaghan that my Mother Zoraida Cintron Had just had a stroke her second one from 2009 to 2011 recently so I needed to be there for her because she was going thru a difficult time trying to heal and recuperated from her illness and strokes at that moment and time. He told me to come sometime that week that they had spoken to the district attorney's office and they wasn't going to prosecute me or proceed with charges against me. I just had to go in for a few hours he said so they can take my statement and have me sign off from the Precinct or Central Bookings Queens Criminal Court House For a Misdemeanor Assault Charge. I was informed I was going to be 343. I did not see her for two weeks prior to her making the complaint because we was having problems because of her jealousy and because she is bipolar and snaps makes up things and has done self bodily harm and mutilations to herself while with me and before being with me. She was asked about her scares on her legs and arms which occurred before being with me where she tried to kill herself a few times and did self-mutilations to herself as well. Ms. Cynthia Warren was advised to come with me to the precinct to sign off as well papers for district attorney's office that was faxed to 104 Pct regarding my case and complaint made by her against me. While I was there with her I arrived at the 104 Pct. At just about 4:30pm or a lil after that on the 14th of October 2011 I was going to go the day before but I was going thru my own personal problems and emotional pain because I had just lost my dog whom was poisoned by someone I had staying in my house from October 12th 2011 to the 13th of October 2011 when my puppy actually died. So I informed them 104 Pct. Detective Squad I would go the following day on the 14th of October 2011. He said it was okay and understood. So both Hulaghan And Virbalis Knew what was going on and about to happen the other detectives wasn't aware of my case or what was going to occur. They only knew I was going to the station house for a assault report made by my girlfriend at the time but no longer Cynthia Warren. But weren't made aware I was going to be released as 343 and not prosecuted on by Queens D.A.'s Office. I had wanted to go in on the 17th of October 2011 but he advised me Detective Hulaghan to come in that Friday the 14th of October 2011 because he didn't want to go out to pick me up that it was something I could come in myself and be tooken care of quick and be out of there fast. I was trying to mourn my dog worried about my moms and her second recent stroke and her complications from it so I was stressed, depressed, and with anxiety which I get attacks of as well as panic attacks when worried, stressed, or depressed or if I have issues to deal with and other problems in my head iam dealing with at that moment or other wise. I get them anxiety and panic attacks and also asthma attacks that's what causes them and acts them up. I wasn't cuffed and I still had my book bag and also my phone with me and on me Detective

Virbalis was interviewing me in the interigation room in the second floor Detective Squads Room. He informed me to ask someone to pick up my things to make a few calls so they can do so I told him I was going to call my moms make sure she was okay because she was worried and getting sick because of what I was going thru so I needed to calm her down and assure her that everything would be okay not to worry or get sick on me badly so all of this was causing and acting up my asthma and anxiety and panic attacks I started to hyperventalate gasping for air. My moms told me to call her back after I call my Brother Nathaniel Mateo so i called my brother to come over to the 104 precinct and get my stuff and papers as well as my book bag and my phone and keys. All of this was causing for me to get Ill because now I was told I was going to be released from the bookings so I started crying as well because in spite of all ive just went thru I was going to go thru the system for nothing a lie that was made up by my ex girlfriend but girl friend at the time. Whom bruises her self at times even hitting and grabbing her self hard when she gets in her crazy moods and ways acting up with her bipolar and she is one of those caucasions females that bruise and mark easily. All I had on my mind was my moms my dog and what I was going thru for nothing because of this girl I was with. I was about to call my moms again to let her know that everything will be okay still had my things and my cell phone and wasn't cuffed yet. Iam still crying gasping for air hyperventilating. There was at least 6 detectives there on site Hulaghan, Virbalis, Murray, Williams, and one Spanish Detective and One Black Detective within the second floor detective squads office in 104 Police Pct. In Queens. So as iam trying to gasp for air trying to catch some breath to help me breath and calm down am in the interigation room sitting on a chair across from me is Detective Virbalis who was interrogating me and advised me to be calm don't worry and to call my moms to make sure she okay and let my brother know to get my things because I was going to be there for a while when I was told like three hours or so I would be there but was going to be let go and released from Central Bookings Queens Court house Building. At that moment I was also catching asthma but my pump was tooken away from me there I stand to catch my breath and trying to calm myself down while talking to my moms and am still crying too, and out of no wheres comes this Detective Murray walking by the interagation room calling me a pussy saying that it was a misdermeanor charge to stop being a fucken baby and crying like a fucken pussy and bitch those are his words exact that ill be out tomorrow in 24hrs. So I replied back to him telling him that he doesn't know what the hell is going on that it aint his case or buisness for him to even voice his opinion or speak to me and interfear at all. At that time it was already like 6:00pm or just about a little after that. So he came storming inside the room snatching my phone and book bag from me and my hand the strap from my book bag he pulled upward with me. He proceeds to grab me while Virbalis is there aware of whats going on and visible to his eye he remains in the chair not doing anything to stop Murray from assaulting me when I wasn't fighting or resisting arrest at all because at the time I wasn't even cuffed yet and was told I was being 343 by detective Virbilas. Detective James Murray proceeds to throw me on the table and started banging and smashing the right side of my face and head against the steel table in the interagation room from my temple to cheek area at this point he is using unnecessary and excessive force against me for no reason what so ever to restrain me when there is no need too because I wasn't resisting or did or have in anyways or even intended too plus it wasn't his arrest or case at all or even his call to do so or

anything or to interfear in my case because before that I wasn't even restrained or cuffed at all. I started to screaming for my life at this moment scared while catching both a asthma attack and anxiety attack which was already acted up and a very bad one as well as a bad panic attack after him smashing my head 3 times plus hard against the steel table in the room. Iam not able to breath at this time and period and am pleading for my life scared yelling out please please please please your hurting me your killing me your going to kill me and with his knee he started to put pressured against and on my back. He lifts it off once the other 4 Detectives come rushing in the room they was about to grab me as well to restrain me not knowing what was going on but when they heard me screaming and yelling pleading for my life because I couldn't breath one of the Detectives Williams backed off from grabbing me and the others too but also didn't do anything to take him Murray off me. Once he sees iam pleading for my life then he removes his knee from my back but tries to restain my arms and puts pressure towards them to cuff me but he puts more force and pressure on my left arm at the elbow area he had banged my arm the left one towards the end and edge of the table nearly dislocating it but fracturing and bruising it up more Detective Williams Seen he was hurting me and stepped back because he was about to assist him. But he goes for my asthma pump to give it to me and tells me calm down and take two pumps at this time I was already cuffed hurt in pain as well as out of breath with asthma attack and with a anxiety and panic attack my nerves was messed up and acting up too I wasn't given medical assistance or looked over or sent to hospital I stood in the Pct while this was occurring my brother Nathaniel Mateo and Cynthia Warren was sent down stairs to main first floor of the precinct because they meaning the Detectives didnt want them to see me being assaulted by Detective Murray because before that they was upstairs with me before me being cuffed in the room or hurt. After that incident I was put in a cell in the second floor Detective Squads Room. After being processed until 9pm that night from there I was tooken to Central Bookings in Queens Criminal Court House by Detective Virbalis And Detective Murray to be released from there as I was informed and stood there until 1:30am or a lil before that on October 15th 2011 when I was 343 released from the Bookings. I was given a order from Queens D.A.'s Office Stating the case was sealed and closed before leaving the Court house. I then went home and during that day I went to the hospital E.R. of Wyckoff Heights Medical Center. (Hospital).complaining of pains from my injuries from the incident with this Detective Murray from 104 Pct. I explained to the doctors and hospital what happened and then I called 311 made a complaint that was forwarded to internal affairs Bureau # (11-47538). Then that same night October 15th 2011 I had also made a complaint with the CCRB case number # 201113455. I had substained injuries to my left elbow area and shoulder area as well as the right side of my whole face and head bruised swollened and pictures was tooken and given to ccrb and iab which I took after being released from custody of NYCPD And Central Bookings Queens. In the interagation room there was two like bunk beds together the steel table two chairs and I seen a camera at the left hand corner when you enter the interagation room in the Detective Squad second floor of the 104 Police Pct. In Ridgewood Queens New york. Its like never recovering from the first time now another incident and remembrance of what some of these officers are capable of doing and getting away with in there profession it is unprofessionalism from them on there part and the City of New York Is held liable too for not training these officers in the proper form to let them

be able to proform unconstitutional acts of excessive force and police brutality false arrest and false imprisonment against civilians and violating their civil rights under the bill of rights laws and statute and U.S.C.

4. Remedy. (Demands).

Detective James Murray. 104Pct. 64-2 Catalpa Avenue, Ridgewood Queens New York 11385 - (Mental and Physical Anguish And Suffering, excessive force police brutality 42 U.S.C. 1983 chapter 21 Civil Action for deprivation of rights. 28 U.S.C. 2680 1346(b). False Arrest And False Imprisonmen) $80,000

Detective Eric Virbalis. Queens Detective Borough. 68-40 Austin Street, Forest Hills, Queens 11375. (Mental and Physical Anguish And Suffering, excessive force police brutality 42 U.S.C. 1983 chapter 21 Civil Action for deprivation of rights. 28 U.S.C. 2680 1346(b). False Arrest and false imprisonment. $50,000

The City Of New York. The City Of New York, Office of the Comptroller. 1 Centre Street, New York, N.Y. 10007-2341. (Mental and Physical Anguish And Suffering, excessive force police brutality 42 U.S.C. 1983 chapter 21 Civil Action for deprivation of rights. 28 U.S.C. 2680 1346(B) FALSE ARREST AND FALSE IMPRISONMENT.) $50,000

$180,000. TOTAL

347-772-9025 -347-787-8751 CARLOS. ANTONETTI. 01/25/2013.

*Carlos Antonetti*
1/25/13

District Attorney Queens County
125-01 Queens Boulevard
Kew Gardens, New York 1415-1568
(718) 286-6000



RICHARD A. BROWN
DISTRICT ATTORNEY

October 14, 2011

CARLOS A ANTONETTI

Dear Mr. Antonetti

Please be advised that a review of the records of the Queens County District Attorney's Office indicates that your arrest under arrest number: Q11658911, arrest date: 10/14/2011, was dismissed by this Office prior to Criminal Court arraignment.

This serves as a final disposition of this arrest number.

A sealing order has been or will be filed by this Office with the Division of Criminal Justice Services (DCJS) and the New York City Police Department.

You should contact DCJS to confirm that this record has been sealed by contacting:

The New York State Division of Criminal Justice Services
4 Tower Place
Albany, New York 12203
Attention: Sealing Unit

Very truly yours,

HEITMANN, JACQUELINE

District Attorney Queens County
125-01 Queens Boulevard
Kew Gardens, New York 1415-1568
(718) 286-6000



RICHARD A. BROWN
DISTRICT ATTORNEY

October 14, 2011

CARLOS A ANTONETTI

Dear Mr. Antonetti

Please be advised that a review of the records of the Queens County District Attorney's Office indicates that your arrest under arrest number: Q11658911, arrest date: 10/14/2011, was dismissed by this Office prior to Criminal Court arraignment.

This serves as a final disposition of this arrest number

A sealing order has been or will be filed by this Office with the Division of Criminal Justice Services (DCJS) and the New York City Police Department.

You should contact DCJS to confirm that this record has been sealed by contacting:

> The New York State Division of Criminal Justice Services
> 4 Tower Place
> Albany, New York 12203
> Attention: Sealing Unit

Very truly yours,

HEITMANN, JACQUELINE



**CIVILIAN COMPLAINT REVIEW BOARD**
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

September 28, 2012

Mr. Carlos Antonetti
237 Irving Avenue Apt. 2R
Brooklyn, NY 11237

Re: CCRB case number 201113455

Dear Mr. Antonetti:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

Allegation(s) by letter :                                                     Board finding(s) :

A)   Discourtesy:
     Det. Eric Virbalis spoke                                                  Unsubstantiated
     obscenely and/or rudely to Carlos Antonetti.

B)   Discourtesy:
     Det. James Murray spoke                                                   Unsubstantiated
     obscenely and/or rudely to Carlos Antonetti.

C)   Force:
     Det. James Murray used physical                                           Unsubstantiated
     force against Carlos Antonetti.

For an explanation of the Board's finding(s), please refer to the enclosed form, which details what each finding means.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

If you have any further questions about this matter, please call Team Manager Joy Almeyda, who supervised the investigation of this case, at (212) 676-6026.

Sincerely,

Joan M. Thompson
Executive Director

Enclosure



**CIVILIAN COMPLAINT REVIEW BOARD**
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

September 28, 2012

Mr. Carlos Antonetti
237 Irving Avenue Apt. 2R
Brooklyn, NY 11237

Re: CCRB case number 201113455

Dear Mr. Antonetti:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| Allegation(s) by letter: | Board finding(s): |
|---|---|
| A) Discourtesy: Det. Eric Virbalis spoke obscenely and/or rudely to Carlos Antonetti. | Unsubstantiated |
| B) Discourtesy: Det. James Murray spoke obscenely and/or rudely to Carlos Antonetti. | Unsubstantiated |
| C) Force: Det. James Murray used physical force against Carlos Antonetti. | Unsubstantiated |

For an explanation of the Board's finding(s), please refer to the enclosed form, which details what each finding means.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

If you have any further questions about this matter, please call Team Manager Joy Almeyda, who supervised the investigation of this case, at (212) 676-6026.

Sincerely,

Joan M. Thompson
Executive Director

Enclosure

From: Carlos Antonetti
1154 Irving Avenue Apt #2R.
Brooklyn, New York 11237

To: United States District Court
Eastern District of New York
ATTN: Pro Se Office
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

U.S. POSTAGE PAID
BROOKLYN, NY
11237
FEB 01 13
AMOUNT
$1.72
0002423313

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 04 2013 ★
BROOKLYN OFFICE